NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARIA LAVINIA JONES,**
*Petitioner,*

**v.**

**DEPARTMENT OF ENERGY,**
*Respondent.*

---

2014-3072

---

Petition for review of the Merit Systems Protection Board in No. CB-7121-13-0111-V-1.

---

**ON MOTION**

---

**O R D E R**

Maria Lavinia Jones moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                              JONES v. ENERGY

                                                    FOR THE COURT

                                                    /s/ Daniel E. O'Toole
                                                    Daniel E. O'Toole
                                                    Clerk of Court

s24